# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>LINDA ZATKULAK; THOMAS ZATKULAK; KIMBERLY ZATKULAK; JEANIE ZATKULAK; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-01708-CKD<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS INTO THE COURT'S REGISTRY**<br><br>**Pursuant to Local Rule 150**<br><br>DATE: ~~August 21, 2024~~<br>TIME: ~~10:00 a.m.~~<br>CTRM: ~~24~~<br><br>[Filed concurrently with Motion to Deposit; Declaration of Keiko J. Kojima In Support Of Motion] |

Having reviewed Plaintiff THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY's Motion for Leave to Deposit Interpleader Funds with the Court, and good cause demonstrated:

///

///

///

///

**IT IS HEREBY ORDERED** that Plaintiff THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY is granted leave to deposit with the Court the funds at issue in this interpleader action through its check payable to the Clerk of the Court.  The deposited funds in the amount of $37,925.23 are to be placed in an interest-bearing account, pending subsequent disbursement in accordance with the orders of this Court.

Within 5 days of the entry of this Order, Northwestern Mutual must transmit the signed order to the Court's financial unit at financial@caed.uscourts.gov.

In addition, in accordance with the above, IT IS HEREBY ORDERED that the hearing noticed to take place on August 21, 2024, is vacated.

Dated:  August 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
nort24cv1708.intpl