UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>LINDA ZATKULAK, ET AL., | No. 2:24-cv-1708 CKD<br><br><br>ORDER |

The parties have agreed to submit this case for this court's Voluntary Dispute Resolution Program ("VDRP"). (See ECF No. 26 at 4.) Accordingly, the court refers this case to VDRP. See Local Rule 271.

For the reasons set forth above, IS HEREBY ORDERED that:

1. Within 14 days of this order, the parties shall contact the court's VDRP administrator, Sujean Park Castelhano, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.
2. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

////

////

1

3. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

Dated: October 1, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.nort24cv1708.vdrp

2