UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | No.  2:24-cv-1708-CKD |
| Plaintiff/Stakeholder, | |
| v. | ORDER TO SHOW CAUSE |
| LINDA ZATKULAK, et al. | |
| Defendants/Claimants. | |

This is a diversity jurisdiction interpleader action involving conflicting claims by defendants Linda Zatkulak, Thomas Zatkulak, Kimberly Zatkulak, and Jeanie Zatkulak to proceeds under a life insurance policy issued by The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"). Each of the interpleader-defendants proceeds without counsel.

On January 21, 2026, the undersigned denied the only dispositive motion filed in this case. (ECF No. 36.) On February 3, 2026, the undersigned referred the parties to Magistrate Judge Chi Soo Kim for a Settlement Conference. The parties were ordered to contact Magistrate Judge Kim's Courtroom Deputy (CRD) Alexandra Waldrop (awaldrop@caed.uscourts.gov) to schedule the settlement conference.

No party has contacted CRD Waldrop as required by the court's February 3, 2026 order. The parties are cautioned that the Local Rules of the Eastern District provide wide latitude to the

1

court to issue sanctions: under Local Rule 110, the failure of a party to comply with any local rule or order of the court may result in the imposition of "any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.

Accordingly, IT IS ORDERED that within 14 days of the date of this order, each interpleader defendant who wishes to remain in this case with a claim to the interpleader funds shall either contact CRD Waldrop as previously ordered or file a brief written statement explaining why they failed to comply with the court's order and why they should not be sanctioned for the failure to comply with the court's order.

Dated:  April 10, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 zatk24cv1708.osc.sc

2