UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>LINDA ZATKULAK, et al.<br>Defendants. | No. 2:24-cv-01708-CKD<br><br>ORDER TO DISBURSE FUNDS |

This is an interpleader action involving conflicting claims by defendants Linda Zatkulak, Thomas Zatkulak, Kimberly Zatkulak, and Jeanie Zatkulak to proceeds under a life insurance policy issued by The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"). After all parties consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), this action was reassigned to the undersigned for all further proceedings and entry of final judgment. (ECF No. 25.) For the reasons that follow, the court orders that the interpleader funds be disbursed.

In 1981, Northwestern Mutual issued Policy No. 8459919. On June 14, 2024, Northwestern Mutual filed this interpleader action and deposited the amount of $37,925.23 into the Registry of the Court representing the insurance proceeds at issue. (See ECF Nos. 1, 6, 11, 12, 19.) On November 1, 2024, the parties filed a joint stipulation for discharge and dismissal of Northwestern Mutual with prejudice and disbursement of the sum of $6,000 as reasonable

attorney's fees and costs incurred during this interpleader action, to be paid out of the proceeds deposited with the Clerk of the Court. (ECF No. 29.) Those funds were disbursed and Northwestern Mutual was dismissed as a party. (ECF No. 30.)

On June 24, 2026, the remaining parties attended a court-supervised settlement conference and reached a settlement agreement regarding the division of the remaining proceeds from the life insurance policy at issue in this case. (ECF Nos. 43, 44.) The parties agreed to the following:

> 1. The remaining proceeds from the life insurance policy at issue in this case for Ryan Zatkulak will be divided in six (6) equal shares, which is approximately 16.667% for each share, as follows: 1/6 to Linda Zatkulak; 2/6 to Jeanie Zatkulak, for the benefit of Mark Zatkulak and Samantha Zatkulak; and 3/6 to Kimberly Zatkulak, for the benefit of Harper Chyzy, Avery Zatkulak, and Marley Zatkulak.
>
> 2. This resolves this matter in its entirety, resolving all claims that are raised or could have been raised arising out of the allegations in the lawsuit, against all named and unnamed defendants whether served or unserved.
>
> 3. Agreement waives the right to appeal.
>
> 4. Settlement is not an admission of liability.
>
> 5. Each Defendant to bear their own costs and attorney's fees.
>
> 6. The deadline to file Stipulation of Dismissal with Prejudice is within 30 days[.]

(ECF No. 44.)

Under the court's local rules,

> (e) Order for Disbursement of Registry Funds. At such time as registry funds are to be disbursed, an order directing the Clerk, which must be clearly entitled "Order to Disburse Funds," shall be presented to the presiding judge before whom the action is pending for approval and signature. The order must indicate which parties are entitled to principal and any accrued interest. It must also contain the name and mailing address of the party entitled to said funds, unless forbidden elsewhere in this Court's local rules, in which case the information may be redacted and/or provided directly to the Court's financial office. Funds will only be disbursed after the time for appeal has expired, or upon written stipulation by all parties approved by the court. A copy of the proposed disbursement order shall be delivered promptly to the Court's financial unit for inspection pursuant to (d).

Local Rule 150(e).

Each remaining party has filed a signed stipulation of dismissal. (ECF Nos. 45, 46, 47, 48.) Pursuant to the parties' agreement and Local Rule 150, the interpleader funds should be disbursed and this action dismissed.

Based on the foregoing, IT IS ORDERED as follows:

1. The court approves the parties' stipulations for dismissal (ECF Nos. 45, 46, 47, 48) and dismisses this action with prejudice, with each remaining party to bear its own costs and attorneys' fees.
2. The court's Financial Unit shall disburse the remainder of funds deposited with the court, along with any accumulated interest, less administrative fees, if any, in amounts as follows:
   a. 1/6 to defendant Linda Zatkulak via check made payable to "Linda Zatkulak" and mailed to Linda Zatkulak, 13637 Torrey Pines Dr., Auburn, CA 95602
   b. 2/6 to defendant Jeanie Zatkulak via check made payable to "Jeanie Zatkulak" and mailed to Jeanie Zatkulak, 590 H Street, Lincoln, CA, 95648
   c. 3/6 to defendant Kimberly Zatkulak via check made payable to "Kimberly Zatkulak" and mailed to Kimberly Zatkulak, 1130 Mount Ida Road, Oroville, CA, 95966
   d. None to defendant Thomas Zatkulak
3. Because disbursement of the interpleader funds resolves all remaining issues in this case, the Clerk of Court is directed to CLOSE this case.

Dated: July 14, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 zatk24cv1708.disb